UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No.  3:07-CR-00033(01)RM |
| | ) | |
| MATTHEW DONNELLY | ) | |

## ORDER

No objections have been filed to Magistrate Judge Nuechterlein's findings and recommendations upon a plea of guilty issued on August 30, 2007 [Doc. No. 60].  Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS  defendant Matthew Donnelly's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 922(g)(1).

SO ORDERED.

ENTERED:   September 19, 2007

       /s/ Robert L. Miller, Jr.
 Chief Judge
 United States District Court